COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 June 18, 2015
 No. 10-15-00161-CV
 IN RE RAMSAY ALLEN RAMSEY
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Ramsay Allen Ramsey has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that Lezlie Suzanne Ramsey is awarded judgment against Ramsay Allen Ramsey for Lezlie Suzanne Ramsey's costs that were paid, if any, by Lezlie Suzanne Ramsey; and all unpaid appellate court cost, if any, is taxed against Ramsay Allen Ramsey.
It is further ordered that the stay of proceedings in the trial court is lifted.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk